**UNITED STATES of America, Plaintiff–Appellee,**

v.

**LE XIANG CHEN, Defendant–Appellant.**

No. 14–10558.

United States Court of Appeals, Ninth Circuit.

ed by 9th Cir. R. 36–3.

Submitted Jan. 20, 2016.*

Filed Jan. 25, 2016.

Russell Henry Lorfing, Assistant U.S., Office of the U.S. Attorney, Saipan, MP, for Plaintiff–Appellee.

Bruce Berline, Esquire, Law Office of Bruce Berline, Saipan, MP, for Defendant–Appellant.

Before: CANBY, TASHIMA, and NGUYEN, Circuit Judges.

MEMORANDUM **

Le Xiang Chen appeals from the district court's judgment and challenges the 46–month sentence imposed following his guilty-plea conviction for distribution of methamphetamine near a school, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 860. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Chen's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Chen the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988),

discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

